(December 16, 1998)

■ Eugene Abbate, Appellant, v Estate of Joseph Kane, Deceased, et al., Respondents. [683 NYS2d 857] —In an action to recover damages for breach of contract, the plaintiff appeals from a judgment of the Supreme Court, Nassau County (Franco, J.), entered November 19, 1998, which, after a non-jury trial, dismissed the complaint. The plaintiff's notice of appeal from a decision dated October 27, 1997, is deemed a premature notice of appeal from the judgment (*see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs.

Contrary to the plaintiff's contention, the court's conclusion that he was paid in full by the defendants was based upon a fair interpretation of the evidence (*see, Greenberg v Behlen,* 220 AD2d 720; *Universal Leasing Servs. v Flushing Hae Kwan*

*Rest.,* 169 AD2d 829; *Nicastro v Park,* 113 AD2d 129). Rosenblatt, J. P., Copertino, McGinity and Luciano, JJ., concur.